# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**KENNETH WHITE**                                                                              **PLAINTIFF**

**v.**                                        **NO. 4:16CV00238 SWW**

**STOVALL,** *et al.*                                                                  **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Patricia Harris. After careful review of the Recommendation, White's timely objections, as well as a *de novo* review of the relevant record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

White's complaint is DISMISSED, without prejudice, based on his failure to state a claim under 28 U.S.C. § 1983.

IT IS SO ORDERED, this 30th day of August, 2016.

                                                                    /s/Susan Webber Wright
                                                                    UNITED STATED DISTRICT JUDGE