IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**KENNETH WHITE**                                                                          **PLAINTIFF**

**v.**                                       **NO. 4:16CV00238 SWW**

**STOVALL,** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 30th day of August, 2016.

                                                   */s/Susan Webber Wright*
                                                   UNITED STATES DISTRICT JUDGE